UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TANYA C. GASPARD | CIVIL ACTION |
| VERSUS | NUMBER: 17-12002 |
| CURTIS ENVIRONMENTAL SERVICES, INC. | SECTION: "J"(1) |

J U D G M E N T

Considering the court's Order dated September 6, 2018, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Curtis Environmental Services, Inc., and against plaintiff, Tanya C. Gaspard, dismissing the plaintiff's claims with prejudice and at plaintiff's cost.

New Orleans, Louisiana, this 7th day of September, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE